IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

NICHOLAS M. McALLISTER-ZIEGLER

    Plaintiff,

v.

CORE CIVIC ULSTER FACILITY (CMI);
AISHA ALVARADO (Facility Director);
AATWAA OLIVER-MILLER (operations Supervisor);
RANDY WEYI (Sr. Monitor);
NICHELLE STIGGER (Case Manager)

    Defendants.

## NOTICE OF REMOVAL

Defendants CoreCivic Ulster Facility, Aisha Alvarado, Aatwaa Oliver-Miller, Randy Weyi, and Nichelle Stiggers, by and through their counsel, Andrew D. Ringel, Esq. and Laura I. Pearson, Esq. of Hall & Evans, L.L.C., hereby give Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCiv.R. 81.1, and respectfully submit this Notice of Removal, as follows:

    1.    On April 17, 2019, the Denver County Sheriff's Department served the Plaintiff's Complaint on the CoreCivic Ulster Facility thereby serving Defendants CoreCivic Ulster Facility, Aisha Alvarado, Aatwaa Oliver-Miller, Randy Weyi who are the entity Defendants and the individual Defendants who are current employees of CoreCivic. The remaining defendant, Nichelle Stiggers, is a former employee of CoreCivic and therefore not properly served at the CoreCivic Ulster Facility.

2. Plaintiff's Complaint was filed in the District Court, County of Denver, State of Colorado, Case No. 2019CV174. Plaintiff is a prisoner currently incarcerated at Bent County Correctional Facility. Plaintiff was previously housed at the Ulster Facility. Plaintiff, appearing pro se, alleges deliberate indifference to a serious medical need by the Defendants, apparently pursuant to the Eighth Amendment to the U.S. Constitution. Based on Plaintiff's invocation of the Eighth Amendment, it appears Plaintiff intends to pursue claims against the Defendants pursuant to 42 U.S.C. § 1983. As a result, this Court possesses federal question jurisdiction over the Plaintiff's claims. *See* **Vuolo v. Garfield County Sheriffs,** 09-cv-01476-ZLW-KMT, 2009 U.S. Dist. LEXIS 109259 at *14-15 (D. Colo. Oct. 1, 2009) (construing claims alleging violations of United States Constitution as arising under 42 U.S.C. § 1983) (unpublished disposition attached as Exhibit A); **Catman v. Brill,** 08-cv-01770-LTB-MEH, 2008 U.S. Dist. LEXIS 122739 at *4-5 (D. Colo. Sept. 29, 2008) (same) (unpublished disposition attached as Exhibit B). Because Plaintiff's *pro se* Complaint is appropriately construed as attempting 42 U.S.C. § 1983 claims, this Court possesses federal question jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1331.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders from the District Court, County of Denver, State of Colorado are attached. These include the following: (1) District Court Civil Summons to Aatwaa Oliver-Miller (Exhibit C); (2) District Court Civil Summons to Aisha Alvarado (Exhibit D); (3) District Court Civil Summons to Randy Weyi (Exhibit E); (4) District Court Civil Summons to Nichelle Stiggers (Exhibit F); (5) CoreCivic Ulster Facility (Exhibit G); (6) Complaint (Exhibit H); (7) Notice

and Order to File JDF 601 District Court Civil Case Cover Sheet (Exhibit I); (8) District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint (Exhibit J); (9) Motion to Show Deficiency Cured (Exhibit K); (10) Motion for Summons Issued by Clerk (Exhibit L); (11) Motion to Direct Sheriff to Serve Summons to the Defendants (Exhibit M); (12) Proposed Order to Issue Summons (Exhibit N); (13) Proposed Order to Waive Filing Fees (Exhibit O); (14) Order Granting Service by Sheriff (Exhibit P); (15) Pre-Trial Order (Exhibit Q); (16) Delay Reduction Order (Exhibit R); (17) Order re: Discovery Protocol (Exhibit S).  Neither a trial nor any hearings in this matter have been set in the District Court, County of Denver, State of Colorado.

4. All Defendants join in this Notice of Removal.

5. Defendants have complied with all of the requirements of 28 U.S.C. § 1446 and D.Colo.LCiv.R. 81.1.

6. A copy of this Notice of Removal has been filed with the Clerk of the District Court, Denver County, State of Colorado, and mailed to the *pro se* Plaintiff as specified on the attached certificate of service and filing.

7. A copy of the Notice of Filing of Notice of Removal, which has been filed with the District Court, County of Denver, State of Colorado, is attached hereto (Exhibit T).

8. Plaintiff does not request a jury trial in his Complaint.  However, Defendants will be requesting a jury trial pursuant to Fed. R. Civ. P. 38 in an appropriate time frame under that Rule.

4096858.1

WHEREFORE, for all of the foregoing reasons, Defendants CoreCivic Ulster Facility, Aisha Alvarado, Aatwaa Oliver-Miller, Randy Weyi, and Nichelle Stiggers respectfully request that this case be removed from the District Court, Denver County, State of Colorado, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendants be afforded such further relief as this Court deems just and appropriate.

Dated this 8th day of May, 2019.

Respectfully submitted,

s/ Laura I. Pearson            .
Andrew D. Ringel, Esq.
Laura I. Pearson, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify, on this 8th day of May, 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served via CM/ECF, and thereby served upon the following parties:

***VIA U.S. Mail:***
Nicholas McAllister-Ziegler #180540-6-J-202-B
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

>                                                        *s/ Mary McNichols*
>                                                           Legal Assistant

4096858.1